IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR56 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| LEVI WILLIAM WARNER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defendant's motion (Filing No. 37) and the court's order regarding the motion are ordered sealed.

Dated this 3rd day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge